

1  GALTON & HELM LLP
   MICHAEL F. BELL, State Bar No. 89046
2  KEIKO J. KOJIMA, State Bar No. 206595
   500 South Grand Avenue, Suite 1200
3  Los Angeles, California 90071-2624
   Telephone: (213) 629-8800
4  Facsimile: (213) 629-0037
   *Attorneys for Plaintiff LIFE INVESTORS INSURANCE COMPANY OF AMERICA*
5
   LYNCH & LYNCH, LLP
6  CRAIG M. LYNCH, State Bar No. 105998
   4800 Easton Drive, Suite 114
7  Bakersfield, California 93309
   Telephone: (661) 322-8396
8  Facsimile: (661) 328-0380
   *Attorneys for Defendant NORMA LOPEZ*
9
   LAW OFFICES OF LARRY L. FIELDS
10 LARRY L. FIELDS, State Bar No. 133615
   2211 17th Street
11 Bakersfield, California 93301-3604
   Telephone: (661) 861-9750
12 Facsimile: (661) 791-2224
   *Attorneys for ROGER LOPEZ*
13

   UNITED STATES DISTRICT COURT

   EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

Life Investors Ins v. Lopez, et al                                          Doc. 22

| | |
|---|---|
| 17  LIFE INVESTORS INSURANCE<br>COMPANY OF AMERICA,<br>18<br>19          Plaintiff,<br>20      vs.<br>21  NORMA J. LOPEZ; ROGER LOPEZ;<br>and DOES 1 through 10, inclusive,,<br>22          Defendants. | Case No. CIV. F-04-6421 OWW SMS<br><br>**STIPULATION AND ORDER RE<br>AWARD OF ATTORNEY'S FEES<br>AND COSTS AND DISCHARGE<br>AND DISMISSAL OF LIFE<br>INVESTORS INSURANCE<br>COMPANY OF AMERICA** |

25      Plaintiff Life Investors Insurance Company of America ("Life Investors"),

26  Defendant Norma J. Lopez ("Norma"), and Defendant Roger Lopez ("Roger")

27  stipulate and agree as follows:

28  5045 / 82615.2

1    1.    Life Investors shall be awarded the sum of $3,000 as reasonable
2  attorney's fees and costs incurred in bringing this interpleader action, to be paid out
3  of the proceeds deposited with the clerk of this Court. The parties agree that the
4  clerk shall issue payment to Life Investors of the sum of $3,000 from such proceeds,
5  in care of its attorneys, Galton & Helm LLP.

6

7    2.    Life Investors is hereby and shall be discharged from liability to
8  Defendant Norma and Defendant Roger to the full extent permitted by law.

9

10    3.    The Defendants shall be and by the Order hereon are restrained from
11  taking or proceeding or commencing any action against Life Investors for or on
12  account of any transaction, matter, happening or thing in any way arising out of the
13  rights and obligations of the parties with respect to such insurance policy and/or
14  with respect to benefits due under said policy, which benefits have been deposited in
15  an interest-bearing account with the Court.

16

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28
5045 / 82615.2

2

1       4.       Life Investors is dismissed with prejudice from this action.

2

3            IT IS SO STIPULATED.

4

5   Dated: September $26$, 2005          LYNCH & LYNCH, LLP
                                         CRAIG M. LYNCH
6

7                                        By: _____
8                                              CRAIG M. LYNCH
                                         Attorneys for Defendant NORMA LOPEZ
9

10

11  Dated: September ____, 2005          LAW OFFICES OF LARRY L. FIELDS
                                         LARRY L. FIELDS
12

13                                       By: _____
                                               LARRY L. FIELDS
14                                       Attorneys for Defendant ROGER LOPEZ

15

16

17  Dated: September $27$, 2005          GALTON & HELM LLP
                                         MICHAEL F. BELL
18                                       KEIKO J. KOJIMA

19

20                                       By: _____
                                               KEIKO J. KOJIMA
21                                       Attorneys for Plaintiff LIFE INVESTORS
                                         INSURANCE COMPANY OF AMERICA
22

23
    / / /
24
    / / /
25
    / / /
26
    / / /
27

28

4.    Life Investors is dismissed with prejudice from this action.

IT IS SO STIPULATED.

Dated: September____, 2005          LYNCH & LYNCH, LLP
                                    CRAIG M. LYNCH


                                    By: _____
                                              CRAIG M. LYNCH
                                    Attorneys for Defendant NORMA LOPEZ


Dated: September 22, 2005           LAW OFFICES OF LARRY L. FIELDS
                                    LARRY L. FIELDS


                                    By: _____
                                              LARRY L. FIELDS
                                    Attorneys for Defendant ROGER LOPEZ


Dated: September ____, 2005         GALTON & HELM LLP
                                    MICHAEL F. BELL
                                    KEIKO J. KOJIMA


                                    By: _____
                                              KEIKO J. KOJIMA
                                    Attorneys for Plaintiff LIFE INVESTORS
                                    INSURANCE COMPANY OF AMERICA

/ / /

/ / /

/ / /

/ / /

5045 / 82615.2

3

1    **ORDER**

2

3        The parties having stipulated and good cause appearing therefor, IT IS

4    ORDERED THAT Plaintiff Life Investors be discharged and released in accordance

5    with the terms of the above stipulation.

6

7        IT IS FURTHER ORDERED THAT the clerk shall issue payment out of the

8    interpleaded funds of the sum of $3,000 to Life Investors. The check shall be made

9    payable to "Life Investors Insurance Company of America" and mailed to its

10   attorneys: Keiko J. Kojima, Galton & Helm LLP, 500 South Grand Avenue, Suite

11   1200, Los Angeles, California 90071-2624.

12

13   Dated:    9-30-05

14                                        Judge of the United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28