1 GALTON & HELM LLP
MICHAEL F. BELL, State Bar No. 89046
2 KEIKO J. KOJIMA, State Bar No. 206595
500 South Grand Avenue, Suite 1200
3 Los Angeles, California 90071-2624
Telephone: (213) 629-8800
4 Facsimile: (213) 629-0037
*Attorneys for Plaintiff LIFE INVESTORS INSURANCE COMPANY OF AMERICA*

5

6 LYNCH & LYNCH, LLP
CRAIG M. LYNCH. State Bar No. 105998
7 4800 Easton Drive, Suite 114
Bakersfield, California 93309
8 Telephone: (661) 322-8396
Facsimile: (661) 328-0380
*Attorneys for Defendant NORMA LOPEZ*

9

10 LAW OFFICES OF LARRY L. FIELDS
LARRY L. FIELDS, State Bar No. 133615
11 2211 17th Street
Bakersfield, California 93301-3604
Telephone: (661) 861-9750
12 Facsimile: (661) 791-2224
*Attorneys for ROGER LOPEZ*

13

14    UNITED STATES DISTRICT COURT

15    EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

16

17 LIFE INVESTORS INSURANCE          Case No. CIV. F-04-6421 OWW SMS
COMPANY OF AMERICA,
18
                                     **STIPULATION AND ORDER RE**
19          Plaintiff,                **AWARD OF ATTORNEY'S FEES**
                                      **AND COSTS AND DISCHARGE**
20    vs.                             **AND DISMISSAL OF LIFE**
                                      **INVESTORS INSURANCE**
21 NORMA J. LOPEZ; ROGER LOPEZ;       **COMPANY OF AMERICA**
and DOES 1 through 10, inclusive,,
22
            Defendants.
23

24

25        Plaintiff Life Investors Insurance Company of America ("Life Investors"),

26 Defendant Norma J. Lopez ("Norma"), and Defendant Roger Lopez ("Roger")

27 stipulate and agree as follows:

28 5045 / 82615.2
                                              Case No. CIV. F-04-6421 OWW SMS
                                             STIPULATION AND ORDER RE AWARD OF
                                             ATTORNEY'S FEES AND COSTS; DISCHARGE AND
                                             DISMISSAL OF LIFE INVESTORS

1       1.      Life Investors shall be awarded the sum of $3,000 as reasonable
2    attorney's fees and costs incurred in bringing this interpleader action, to be paid out
3    of the proceeds deposited with the clerk of this Court. The parties agree that the
4    clerk shall issue payment to Life Investors of the sum of $3,000 from such proceeds,
5    in care of its attorneys, Galton & Helm LLP.

6

7       2.      Life Investors is hereby and shall be discharged from liability to
8    Defendant Norma and Defendant Roger to the full extent permitted by law.

9

10      3.      The Defendants shall be and by the Order hereon are restrained from
11   taking or proceeding or commencing any action against Life Investors for or on
12   account of any transaction, matter, happening or thing in any way arising out of the
13   rights and obligations of the parties with respect to such insurance policy and/or
14   with respect to benefits due under said policy, which benefits have been deposited in
15   an interest-bearing account with the Court.

16

17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

Case No. CIV. F-04-6421 OWW SMS
STIPULATION AND ORDER RE AWARD OF
ATTORNEY'S FEES AND COSTS; DISCHARGE AND
DISMISSAL OF LIFE INVESTORS

1      4.     Life Investors is dismissed with prejudice from this action.

2

3          IT IS SO STIPULATED.

4

5   Dated: September 26, 2005          LYNCH & LYNCH, LLP
                                       CRAIG M. LYNCH
6

7                                      By: _____
                                                CRAIG M. LYNCH
8                                      Attorneys for Defendant NORMA LOPEZ

9

10

11  Dated: September ____, 2005        LAW OFFICES OF LARRY L. FIELDS
                                       LARRY L. FIELDS
12

13                                     By: _____
                                                LARRY L. FIELDS
14                                     Attorneys for Defendant ROGER LOPEZ

15

16

17  Dated: September 27, 2005          GALTON & HELM LLP
                                       MICHAEL F. BELL
18                                     KEIKO J. KOJIMA

19

20                                     By: _____
                                                KEIKO J. KOJIMA
21                                     Attorneys for Plaintiff LIFE INVESTORS
                                       INSURANCE COMPANY OF AMERICA
22

23
    / / /
24
    / / /
25
    / / /
26
    / / /
27

28  5045 / 82615.2                          3            Case No. CIV. F-04-6421 OWW SMS
                                                         STIPULATION AND ORDER RE AWARD OF
                                                         ATTORNEY'S FEES AND COSTS; DISCHARGE AND
                                                         DISMISSAL OF LIFE INVESTORS

1        4.    Life Investors is dismissed with prejudice from this action.

2

3        IT IS SO STIPULATED.

4

5    Dated: September____, 2005    LYNCH & LYNCH, LLP
    CRAIG M. LYNCH

6

7        By: _____

8                CRAIG M. LYNCH
    Attorneys for Defendant NORMA LOPEZ

9

10

11   Dated: September 22, 2005    LAW OFFICES OF LARRY L. FIELDS
    LARRY L. FIELDS

12

13       By: _____

14               LARRY L. FIELDS
    Attorneys for Defendant ROGER LOPEZ

15

16

17   Dated: September ____, 2005    GALTON & HELM LLP
    MICHAEL F. BELL
    KEIKO J. KOJIMA

18

19

20       By: _____

            KEIKO J. KOJIMA

21       Attorneys for Plaintiff LIFE INVESTORS
    INSURANCE COMPANY OF AMERICA

22

23

24   ///

25   ///

26   ///

27   ///

28

Case No. CIV. F-04-6421 OWW SMS
STIPULATION AND ORDER RE AWARD OF
ATTORNEY'S FEES AND COSTS; DISCHARGE AND
DISMISSAL OF LIFE INVESTORS

1
2

## ORDER

3      The parties having stipulated and good cause appearing therefor, IT IS
4  ORDERED THAT Plaintiff Life Investors be discharged and released in accordance
5  with the terms of the above stipulation.

6

7      IT IS FURTHER ORDERED THAT the clerk shall issue payment out of the
8  interpleaded funds of the sum of $3,000 to Life Investors.  The check shall be made
9  payable to "Life Investors Insurance Company of America" and mailed to its
10  attorneys: Keiko J. Kojima, Galton & Helm LLP, 500 South Grand Avenue, Suite
11  1200, Los Angeles, California 90071-2624.

12
13  Dated:  _9- 30 -0S_ _____

14                                    Judge of the United States District Court

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CIV. F-04-6421 OWW SMS
STIPULATION AND ORDER RE AWARD OF
ATTORNEY'S FEES AND COSTS; DISCHARGE AND
DISMISSAL OF LIFE INVESTORS