Craig M. Lynch, State Bar No. 105998
LYNCH AND LYNCH, LLP
4800 Easton Drive, Suite 114
Bakersfield, CA 93309
Telephone:     661/322-8396
Facsimile:     661/328-0380
*Attorney for Defendant NORMA J. LOPEZ*

Larry L. Fields, State Bar No. 133615
LAW OFFICES OF LARRY L. FIELDS
2211 - 17th Street
Bakersfield, CA 93301
Telephone:     661/861-9750
Facsimile:     661/791-2224
*Attorney for Defendant ROGER LOPEZ*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>NORMA J. LOPEZ; ROGER LOPEZ; and DOES 1 through 10, inclusive,<br><br>         Defendants.<br>_____<br>NORMA J. LOPEZ,<br><br>         Cross-Claimant,<br><br>vs.<br><br>ROGER LOPEZ, and ROES 1 through 20, inclusive,<br><br>         Cross-Defendant.<br>_____ | Case No. CIV-F-04-6421 OWW SMS<br><br>STIPULATION REGARDING SETTLEMENT AND ORDER REGARDING DISPOSITION OF INTERPLED FUNDS AND DISMISSAL OF CASE |

Defendant Roger Lopez ("Roger") and Defendant Norma J. Lopez ("Norma") stipulate and agree as follows:

1.  Roger and Norma executed a Global Settlement Agreement and Mutual Release which fully settles all issues between them.

2.  Roger and Norma have agreed that the remaining balance of the funds interpled by Plaintiff Life Investors Insurance Company of America ("Life Investors") will be disbursed as follows. Life Investors originally deposited the sum of $34,868.01 with the Court. Pursuant to stipulation entered into between counsel for Life Investors, Roger and Norma agreeing that the sum of $3,000.00 could be paid to Galton & Helm, LLP, the attorneys for Life Investors, for legal fees incurred. The Court has awarded the sum of $3,000.00 to Galton & Helm, LLP. The remaining balance of the deposit is $31,868.01 plus interest earned ("remaining deposit").

3.  Roger will receive the sum of $26,000.00 out of the remaining deposit. Norma will receive the balance of the remaining deposit, after the court has taken its fee for administering the deposit.

4.  Roger and Norma will be dismissed with prejudice from this action.

IT IS SO STIPULATED.

DATED: December 28, 2005        LYNCH AND LYNCH, LLP

                                       s/Craig M. Lynch
                                By:_____
                                       CRAIG M. LYNCH
                                       Attorney for Defendant/Cross-Claimant,
                                       NORMA LOPEZ

DATED: December 28, 2005        LAW OFFICES OF LARRY L. FIELDS

                                       s/Larry L. Fields
                                By:_____
                                       LARRY L. FIELDS
                                       Attorneys for Defendant/Cross-Defendant,
                                       ROGER LOPEZ

**ORDER**

1. The parties having stipulated and good cause appearing therefor, IT IS ORDERED THAT, the clerk shall issue payment in the amount of $26,000.00 out of the interpled funds to Roger Lopez. The check shall be made payable to "Roger Lopez" and mailed to his attorney, Larry L. Fields, Law Offices of Larry L. Fields, 2211 - 17th Street, Bakersfield, California 93301.

IT IS FURTHER ORDERED that the clerk shall issue the balance of the interpled funds, after the court has taken out its statutorily mandated fee for administering the interpled funds, to Norma Lopez. The check shall be made payable to "Norma Lopez" and mailed to her attorney, Craig M. Lynch, Lynch and Lynch, LLP, 4800 Easton Drive, Suite 114, Bakersfield, California 93309.

IT IS FURTHER ORDERED that this matter be dismissed.

DATED:  December 30, 2005          /s/ OLIVER W. WANGER
                                   Judge of the United States District Court